947 CODDE vs. CIRCUIT JUDGE (Wayne), No. 14807.

To compel the respondent to sign a bill of exceptions.

Denied April 14, 1895, the return setting forth that the bill as presented did not correctly set forth respondent's action respecting a motion for a new trial.

948 SANBORN vs. CIRCUIT JUDGE (Wayne), No. 16113½.

To compel respondent to settle and sign a bill of exceptions to review an order made pending a trial, in the matter of an appeal from an order of the Probate Court allowing relator's account as executor, requiring relator to file an itemized account of his receipts, expenses and disbursements as executor and an accurate statement of the property in his hands, his disposition of the property named in the inventory, of all accumulations and profits and all investments of the funds of said estate.

Order to show cause denied February 17, 1897.

949 BUBLITZ vs. CIRCUIT JUDGE (Bay), No. 15642.

To compel respondent to sign a bill of exceptions in an action of replevin, brought under How. Stat., Sec. 8372, to recover certain cattle which had been impounded, where the court upon the trial discovered that there was but one surety on the bond given to the sheriff, and on its own motion directed the discontinuance of the suit and the return of the property, and refused to sign a bill of exceptions, on the ground that there was but a single question involved and that no bill of exceptions was necessary.

Granted June 10, 1896, with costs against defendant.